**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00542-CR**

_____


**EX PARTE COURTNEY GADDIS**

_____

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 34285**

_____

**MEMORANDUM OPINION**

Courtney Gaddis has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on March 10, 2015
Opinion Delivered March 11, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.